**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 11-cr-00303-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    TRACY MORGAN,
    a/k/a "Tre Dog,:
2.    KILLIU FORD,
    a/k/a "Caveman" and
3.    AUGUST SANFORD,
    a/k/a "Turk",

    Defendants.

## ORDER OF RECUSAL

Due to presiding over pre-indictment proceedings involving the above Defendants, the undersigned district judge has gained knowledge of facts relating to the charges in this matter and these parties which warrants her recusal under 28 U.S.C. § 455(b)(1). The Clerk of the Court is directed to reassign this case to another district judge by random draw.

DATED: August __05__, 2011

                                        BY THE COURT:

                                        */s/ Christine M. Arguello*
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge