# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Action No. 11-cr-00303-REB-2
(Civil Action No.15-cv-02213-REB)

UNITED STATES OF AMERICA,

v.

KILLIU FORD,

    Movant.

## ORDER TO FILE AMENDED § 2255 MOTION

**Blackburn, J**.

    The Movant, Killiu Ford, was convicted by a jury of four counts of kidnapping, in violation of 18 U.S.C. §§ 1201(a)(1) and 3559(f)(2), one count of conspiracy to kidnap, in violation of 18 U.S.C. § 1201(c), and one count of possession of a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c).  [# 265].[1]  He was sentenced to the Bureau of Prisons for a total term of 600 months.  (*Id.*).

    On direct appeal, the Tenth Circuit Court of Appeals affirmed Mr. Ford's convictions in *United States v. Tracy Morgan, et* al., 748  F.3d 1024 (10th Cir. 2014). Mr. Ford's petition for certiorari review was denied by the United States Supreme Court on October 6, 2014.  [# 329].

    On October 5, 2015, Mr. Ford filed, *pro se*, a Motion Under 28 U.S.C. § 2255 to

---

[1] "[# 265]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody. [# 342]. Mr. Ford asserts eleven claims in the § 2255 Motion, which is not filed on the form approved and required by the court.  Claims one through four make conclusory assertions of error by the trial court and the withholding of evidence by the prosecutor. [ #342 at 4-8]. Movant also refers to a Memorandum of Law in Support of 2255 motion, *see id*, but no Memorandum has been docketed on the court's electronic case filing system.  Claims five through eleven, which assert the ineffective assistance of trial and appellate counsel, and additional grounds of trial court error, are also conclusory.[2] [*Id.* at 12].

Mr. Ford's conclusory assertions of ineffective assistance of trial and appellate counsel, trial court error, and prosecutorial misconduct, without supporting factual allegations, are insufficient to state a claim for relief.  *See United States v. Moser*, No. 13-3321, 2014 WL 2978498, at *3 (10th Cir. July 3, 2014) (unpublished); *Snyder v. Addison*, No. 03-6050, 89 F. App'x 675, 681 (10th Cir. 2004); *see also United States v. Fisher*, 38 F.3d 1144, 1147 (10th Cir.1994) (conclusory allegations alone, without supporting factual averments, are insufficient to state a valid claim under § 2255)*; Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir.1991) (holding that even pro se plaintiffs must allege sufficient facts on which a recognized legal claim can be based, and that conclusory allegations will not suffice).

Because Mr. Ford is not represented by counsel, I will grant him one opportunity

---

[2] I note that Movant is procedurally barred from raising issues that could have been, but were not, raised on direct appeal, unless he establishes cause for the default and prejudice therefrom, or that manifest injustice will result if the claims are barred. *United States v. Cook,* 45 F.3d 388, 392 (10th Cir.1995); *see United States v. Frady*, 456 U.S. 152, 164-68 (1982)*.* However, the ineffective-assistance-of-counsel claims are properly asserted in a § 2255 motion. *See United States v. Galloway*, 56 F.3d 1239, 1242 (10th Cir. 1995).

to file an amended § 2255 Motion, **on the required court-approved form**, in which he must allege specific facts to support his claims. Accordingly, it is

**ORDERED** that Movant, Killiu Ford, shall file, **within thirty (30) days of this Order**, an Amended § 2255 Motion that complies with the directives of this Order. **The Amended Motion shall be filed on this court's approved form for filing a Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255**. It is

FURTHER ORDERED that the clerk of the court is directed to mail to Mr. Ford, at USP-Beaumont, a copy of the court-approved form for filing a § 2255 motion. It is

FURTHER ORDERED that if Mr. Ford fails to file an Amended § 2255 Motion that complies with this order within the time allowed, the § 2255 Motion, filed on October 5, 2015 [# 342], will be denied for the reasons discussed above.

Dated October 7, 2015, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge