**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 11-cr-00303-REB-2
(Civil Action No.15-cv-02213-REB)

UNITED STATES OF AMERICA,

     Plaintiff-Respondent,

v.

2.  KILLIU FORD,

     Defendant-Movant.

---

**ORDER**

---

**Blackburn, J.**

The matter before me is the **Motion To Vacate, Set Aside, or Correct**

**Sentence Pursuant to 28 U.S.C. § 2255** [#349][1] filed November 12, 2015, by

defendant-movant.

The motion is before me for prompt examination and initial consideration under

Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States

District Courts.  Based on my initial consideration of defendant's motion, which includes

my consideration of the motion and the record of prior proceedings, I can not conclude

summarily that the defendant-movant is not entitled to relief and that the motion should

be dismissed. Thus, under Rule 4(b) of the Rules Governing Section 2255 Proceedings

for the United States District Courts, I must order the United States Attorney to file an

---

[1] "[#349]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

answer, motion, or other response within a fixed time.

**THEREFORE, IT IS ORDERED** as follows:

1. That by December 14, 2015, the United States Attorney for the District of Colorado shall file an answer, motion, or other response to the motion of the defendant-movant with the contents required by Rule 5(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts; and

2. That as provided by Rule 5(d) of the Rules Governing Section 2255 Proceedings for the United States District Courts, the defendant-movant may file by January 13, 2016, a reply to the government's answer, motion, or other response.

Dated November 17, 2015, in Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge